IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL REED, | No. 4:23-CV-00890 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MOUNT CARMEL AREA SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

## ORDER

**OCTOBER 3, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Mount Carmel Area School District's motion for partial dismissal (Doc. 14) is **GRANTED**.

2. Plaintiff's claims for punitive and emotional distress damages under Count I, and Plaintiff's claims against Mount Carmel Area School District in Counts II, IV, V, VI, and VII, are dismissed with prejudice.

3. Defendant Mount Carmel Area School District shall file an answer to the complaint within 21 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge